880

It is true that the complaining witness testified as set forth in the original opinion. It is also true that other witnesses corroborated this testimony. It is also true that still further witnesses did not in their entirety corroborate this testimony, but there was sufficient testimony, as well as its corroboration, to allow the jury to say that this property was taken from the injured party so quickly that he had no time to resist.

Appellant still re-urges that the exception to the court's charge should have called the court's attention to this claimed defense. We are of the opinion that no such defense existed. All the testimony relative to the money shows that it was taken from the State's witness before he had time to resist; that thereafter the appellant, with the appropriated funds, ran out the door and was not apprehended until at a future time.

We see nothing in the motion that would justify us in granting the same. It is therefore overruled.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for murder with malice aforethought; the punishment assessed is confinement in the state penitentiary for 99 years.

The record is before this court without a statement of facts or bills of exception. The indictment and all other matters of procedure appear regular.

The judgment of the trial court is affirmed.